In the Matter of the Application of LOUIS A. HARVEY on His Own Behalf as a Candidate for Party Position in the American Labor Party and as an Enrolled Voter in the American Labor Party in the Third Assembly District, Kings County, and on Behalf of Other Candidates for Party Positions and Enrolled Voters of the American Labor Party, Petitioner, against S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, and SIDNEY GUROWSKY, the Objector Herein,

Respondents. SIDNEY GUROWSKY, Appellant; LOUIS A. HARVEY, S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, etc., Respondents.— Order affirmed, without costs. Upon the facts adduced the Special Term found that the subscribing witness did not participate in the forgery of the signature on line eight, sheet five. Therefore, the only invalid signature is the one forged and the entire petition is not tainted. The alterations in the affidavit of the subscribing witness on sheets three, four and five were made with his knowledge, before he signed the affidavit and before he took the oath. It was valid. It is, therefore, unnecessary to consider any further questions. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.